IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06MJ24 |
| | ) | |
| BENJAMIN LEYVA, and | ) | |
| IRBIN LUNA ORTIZ | ) | |

## **ORDER**

On March 24, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a consolidated preliminary hearing for the two co-defendants in this case, each appearing in person and by duly appointed counsel.  Based on the evidence presented at the hearing, consisting of testimony from Tyler McCurdy, a Special Agent with the Federal Bureau of Investigation, the court finds that there is probable cause to believe that the offense described in the criminal complaint – kidnaping in violation of 18 U.S.C. 1201(a)(1) – has been committed and that the defendants committed the crime..  Accordingly, it is

**ORDERED** that each defendant be held to answer the charges against him in this court.

Done this 24th day of March, 2006.

/s/ Delores R. Boyd
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE